# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| JOHN C. YOUNG | : |
| | : |
| Debtor | : BANKRUPTCY NO. 22-13381PMM |

## PRAECIPE TO WITHDRAW DOCUMENT

Kindly withdraw DOCKET NO 19 as this was filed in error.

                                                               Respectfully submitted,

                                                               /s/ Kenneth E. West

Date: March 31, 2023                                              _____

                                                                KENNETH E. WEST, ESQUIRE
                                                                CHAPTER 13 STANDING TRUSTEE